BALLARAT MINING CORPORATION, a Corporation, Appellant, v. Don CLAIR et al. (two cases).

SAME v. Roy SCOTT et al.

SAME v. INYO COUNTY BANK et al.

No. 7717.

Circuit Court of Appeals, Ninth Circuit.
Oct. 17, 1934.

James E. Fenton, of Los Angeles, Cal., for appellant.

A. J. Edwards and Edward A. Penprase, both of Los Angeles, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees for dismissal of appeals, ordered ap-

peals dismissed for failure of appellant to file record and docket cause; mandate forthwith.